**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00112-CV**
_____

**2010 DODGE PICKUP TRUCK, 4 DOOR VIN: 1D7RB1CP3AS181557
(KANDACE HARRIS), Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 1st District Court
Newton County, Texas
Trial Cause No. CV23-15186

**MEMORANDUM OPINION**

On February 14, 2024, the trial court signed a judgment of forfeiture to the State on 2010 Dodge Pickup Truck, 4 Door VIN: 1D7RB1CP3AS181557. Kandace Harris filed a notice of appeal but she did not pay the filing fee for the appeal. On April 25, 2024, we notified the parties that the Appellant had not remitted the filing fee, and we warned the Appellant that the appeal would be dismissed without further notice unless the filing fee was paid by May 10, 2024.

1

On April 17, 2024, the District Clerk notified the Court that the Appellant had failed to pay or to make the arrangements necessary for the District Clerk to prepare the clerk's record. Consequently, we notified the parties that the Appellant had not established indigent status, that the clerk's record had not been filed due to the Appellant's failure to pay or to arrange to pay the fee required to prepare the clerk's record. We also warned the Appellant that the appeal would be dismissed for want of prosecution unless by May 15, 2024, the Appellant established that she had made the arrangements required to pay the fee or that she needed more time to do so. *See* Tex. R. App. P. 37.3(b). After the Clerk sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response.

In the absence of a satisfactory explanation that justifies the Appellant's failure to pay the filing fee for the appeal and her failure to pay or make the arrangements needed to pay for the clerk's record to support her appeal, we dismiss the appeal for want of prosecution. *See id*. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 22, 2024
Opinion Delivered May 23, 2024

Before Horton, Johnson and Wright, JJ.